UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:   
   Ramil R Estrada  
   Myra P Estrada  
        Debtor(s)

Case No. 12-39292

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/02/2012.

2) The plan was confirmed on 02/22/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 02/03/2016.

5) The case was dismissed on 07/08/2016.

6) Number of months from filing to last payment: 46.

7) Number of months case was pending: 47.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $7,846.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $33,496.40 |
| Less amount refunded to debtor | $1,253.36 |

**NET RECEIPTS:** $32,243.04

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,490.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,338.89 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,828.89

Attorney fees paid and disclosed by debtor:     $10.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AARON CWIK DDS | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| ADVANCE AMERICA | Unsecured | 1,274.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS | Unsecured | 2,500.00 | NA | NA | 0.00 | 0.00 |
| BECKET & LEE LLP | Unsecured | 969.00 | NA | NA | 0.00 | 0.00 |
| BUREAU OF COLLECTION RECOVER | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 2,588.29 | NA | NA | 0.00 | 0.00 |
| CASHNETUSA.COM | Unsecured | 113.25 | NA | NA | 0.00 | 0.00 |
| CB USA INC | Unsecured | 243.00 | NA | NA | 0.00 | 0.00 |
| CB USA INC | Unsecured | 184.00 | NA | NA | 0.00 | 0.00 |
| CBCS | Unsecured | 375.00 | NA | NA | 0.00 | 0.00 |
| CCA | Unsecured | 645.00 | NA | NA | 0.00 | 0.00 |
| CCA | Unsecured | 48.00 | NA | NA | 0.00 | 0.00 |
| CENTURION SERVICE CORP | Unsecured | 661.00 | 661.00 | 661.00 | 211.73 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 86.00 | NA | NA | 0.00 | 0.00 |
| CHECK INTO CASH | Unsecured | 680.00 | NA | NA | 0.00 | 0.00 |
| CHECK N GO | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| CHRIS ULLMANN DDS | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CITY OF WAUKEGAN | Unsecured | 270.64 | NA | NA | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 165.39 | 660.79 | 660.79 | 211.66 | 0.00 |
| COMPLETE PAYMENT RECOVERY SE | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| CRD PRT ASSOC | Unsecured | 617.00 | NA | NA | 0.00 | 0.00 |
| DREAMBUILDER INVESTMENT LLC | Unsecured | 7,000.00 | NA | NA | 0.00 | 0.00 |
| EARTHLINK INC | Unsecured | 67.39 | NA | NA | 0.00 | 0.00 |
| EZPAYDAY CASH | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| GE CAPITAL RETAIL BANK | Unsecured | 793.00 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS LTD | Unsecured | 599.41 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| HARRIS & HARRIS LTD | Unsecured | 77.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM | Unsecured | 605.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE COMPANY | Unsecured | NA | 1,069.78 | 1,069.78 | 342.67 | 0.00 |
| ILLINOIS CASH ADVANCE | Unsecured | 650.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF EMPLOYMENT SE | Unsecured | 2,100.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | NA | 83.20 | 83.20 | 21.38 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 500.00 | 439.36 | 439.36 | 439.36 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 1,869.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 2,000.00 | 7,168.61 | 7,168.61 | 2,359.36 | 0.00 |
| JP MORGAN CHASE BANK NA AUTO | Secured | 14,829.00 | 14,735.06 | 14,735.06 | 10,868.22 | 1,221.66 |
| LAKE COUNTY PROSECUTING ATTO | Unsecured | 358.50 | NA | NA | 0.00 | 0.00 |
| LAKE COUNTY PROSECUTING ATTO | Unsecured | 546.50 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 1,028.26 | 894.46 | 894.46 | 286.51 | 0.00 |
| LVNV FUNDING | Unsecured | 1,022.21 | 812.81 | 812.81 | 260.36 | 0.00 |
| LVNV FUNDING | Unsecured | 2,086.75 | 1,830.59 | 1,830.59 | 602.49 | 0.00 |
| NATIONAL CASH ADVANCE | Unsecured | 1,143.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CREDIT INC | Unsecured | 941.32 | NA | NA | 0.00 | 0.00 |
| NORTH SHORE UNIVERSITY HEALTH | Unsecured | 129.00 | NA | NA | 0.00 | 0.00 |
| NORTH SHORE UNIVERSITY HEALTH | Unsecured | 191.00 | NA | NA | 0.00 | 0.00 |
| NORTH SHORE UNIVERSITY HEALTH | Unsecured | 31.33 | NA | NA | 0.00 | 0.00 |
| NRTHN RESOL | Unsecured | 113.00 | NA | NA | 0.00 | 0.00 |
| OSI COLLECTION SERVICES | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY EXPRESS | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE | Unsecured | 1,500.00 | 4,515.95 | 4,515.95 | 1,486.30 | 0.00 |
| PAYDAY LOAN STORE | Unsecured | 1,100.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE | Unsecured | 1,278.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | NA | 3,630.93 | 3,630.93 | 1,195.03 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 3,144.00 | 3,144.67 | 3,144.67 | 1,034.99 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 657.41 | 657.41 | 657.41 | 210.58 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 604.06 | 604.06 | 604.06 | 193.49 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 625.90 | 625.90 | 625.90 | 200.49 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 1,030.99 | 1,083.93 | 1,083.93 | 347.20 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Secured | 6,450.00 | 6,450.00 | 6,450.00 | 4,721.48 | 537.40 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 599.00 | 599.41 | 599.41 | 192.00 | 0.00 |
| PROFESSIONAL ACCOUNTS MGMT | Unsecured | 567.00 | NA | NA | 0.00 | 0.00 |
| PROFESSIONAL PLACEMENT SRVCS | Unsecured | 1,001.00 | NA | NA | 0.00 | 0.00 |
| PROFESSIONAL PLACEMENT SRVCS | Unsecured | 238.00 | NA | NA | 0.00 | 0.00 |
| PROFESSIONAL PLACEMENT SRVCS | Unsecured | 99.00 | NA | NA | 0.00 | 0.00 |
| SANPOINT CAPITAL PAYDAY LOAN | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| SPEEDY LOAN | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| SPEEDY LOAN | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| STARCASH PROCESSING PDL | Unsecured | 885.00 | NA | NA | 0.00 | 0.00 |
| STELLAR RECOVERY | Unsecured | 435.00 | NA | NA | 0.00 | 0.00 |
| STELLAR RECOVERY | Unsecured | 166.00 | NA | NA | 0.00 | 0.00 |
| T MOBILE | Unsecured | 1,838.00 | 901.02 | 901.02 | 288.62 | 0.00 |
| TORRES CREDIT SERVICES | Unsecured | 415.00 | NA | NA | 0.00 | 0.00 |
| TUITION MANAGEMENT SYSTEMS | Unsecured | 8,000.00 | NA | NA | 0.00 | 0.00 |
| UNITED COMPUCRED | Unsecured | 898.00 | NA | NA | 0.00 | 0.00 |
| WALTER TATCH DDS | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| WAUKEGAN LOAN MANAGEMENT | Unsecured | NA | 565.59 | 565.59 | 181.17 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $21,185.06 | $15,589.70 | $1,759.06 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$21,185.06** | **$15,589.70** | **$1,759.06** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $439.36 | $439.36 | $0.00 |
| **TOTAL PRIORITY:** | **$439.36** | **$439.36** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$29,510.11** | **$9,626.03** | **$0.00** |

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $4,828.89 |
| Disbursements to Creditors | $27,414.15 |
| **TOTAL DISBURSEMENTS :** | **$32,243.04** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/14/2016         By: /s/ Glenn Stearns
                                                      Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**